**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MARIA ZAVALLO-GALLARDO,                    No. C 05-01818 CRB
12            Petitioner,                        **ORDER TO SHOW CAUSE**
13        v.
14   ALBERTO R. GONZALEZ, Attorney
     General of the United States, et al.,
15
              Respondent.
16   _____/
17
          Now pending before the Court is the petition for writ of mandamus of Maria Zavallo-Gallardo.  Petitioner seeks an order directing the District Director of the San Francisco Office of the United States Bureau of Immigration Services to rule on her spouse's August 26, 2003 immigration visa petition filed on petitioner's behalf.
18
19
20
21
          Respondent is ordered to show cause why the petition should not be granted.  In particular, respondent shall file a written response to the petition by May 11, 2005.  The Court will hear oral argument on 10:00 a.m. on May 13, 2005 in Courtroom 8.
22
23
24
          **IT IS SO ORDERED.**
25
26   Dated: May 4, 2005                          /s/
                                                 CHARLES R. BREYER
27                                               UNITED STATES DISTRICT JUDGE
28

G:\CRBALL\2005\1818\ordertoshowcause.wpd