KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, SBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ZAVALA-GALLARDO, ) <br> ) <br>    Petitioner, ) <br> ) <br> v. ) <br> ) <br> ALBERTO R. GONZALES, Attorney ) <br> General of the United States; DAVID ) <br> STILL, Acting District Director, U.S. ) <br> Bureau of Citizenship and Immigration ) <br> Services, ) <br> ) <br>    Respondents. ) | No. C 05-1818-CRB <br><br> **STIPULATION TO DISMISS** |

    Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate to dismissal of petitioner's petition for writ of mandamus because, on May 5, 2005, the United States Citizenship and Immigration Services approved the relative immigrant visa petition filed by Adrian Duran on behalf of the petitioner.

    Each party shall bear its own costs and fees.

STIPULATION TO DISMISS
C 05-1818-CRB                       -1-

Dockets.Justia.com

1  Date: May 11, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Respondents

10  Date: May 11, 2005

/s/
FRANK SPROULS
Law Office of Ricci & Sprouls
Attorney for Petitioner

16  May 12, 2005



APPROVED
Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Edward A. Olsen, attest that both Attorney Sprouls and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 05-1818-CRB                    -2-